EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
ANYA M. BINSACCA
Supervising Deputy Attorney General
BRIAN C. KINNEY, State Bar No. 245344
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5255
 Fax:  (415) 703-5843
 Email:  Brian.Kinney@doj.ca.gov

Attorneys for Respondent Ben Curry

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUSTINO R. VIVAR,**<br><br>                                      Petitioner,<br><br>        v.<br><br>**BEN CURRY, Warden,**<br><br>                                      Respondent. | C07-3832 JSW<br><br>**REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING; DECLARATION OF COUNSEL**<br><br>Judge:   The Honorable Jeffrey S. White |

**REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING**

Petitioner Justino Vivar is a California state inmate proceeding pro se in this habeas corpus action.  Petitioner, who is currently serving an indeterminate sentence for second-degree murder, alleges that the California Board of Parole Hearings unconstitutionally denied him parole in his 2005 parole consideration hearing.  On November 20, 2007, this Court issued an order to show cause why the writ should not be granted.  For the reasons set forth in the accompanying

/ / /

/ / /

/ / /

1  declaration of counsel, Respondent respectfully requests a thirty-day extension of time, up to and
2  including February 21, 2008, to file a responsive pleading in this matter.
3        Dated:  January 22, 2008
4                            Respectfully submitted,
5                            EDMUND G. BROWN JR.
                             Attorney General of the State of California
6                            DANE R. GILLETTE
                             Chief Assistant Attorney General
7                            JULIE L. GARLAND
8                            Senior Assistant Attorney General
                             ANYA M. BINSACCA
9                            Supervising Deputy Attorney General
10
11
12                           /S/  BRIAN C. KINNEY
                             BRIAN C. KINNEY
13                           Deputy Attorney General
                             Attorneys for Respondent
14
15
   40208557.wpd
16 SF2007403227
17
18
19
20
21
22
23
24
25
26
27
28

I, Brian C. Kinney, declare:

1. I am an attorney licensed to practice before the courts of the State of California and this Court. I am employed by the California Office of the Attorney General as a Deputy Attorney General, in the Correctional Writs and Appeals section.

2. I am the attorney assigned to respond to the petition for writ of habeas corpus filed by inmate Justino Vivar.

3. On November 20, 2007, this Court issued an order to show cause requiring Respondent to file a responsive pleading by January 22, 2008. This matter was assigned to me on December 3, 2007. That same day, my paralegal requested Petitioner's state superior court petition and decision from the San Diego County (North County) Superior Court.

4. The California Attorney General's Office never received the superior court petition or decision and requested them for a second time on January 16, 2008. Since then, superior court staff have located and sent the requested items, however, the Attorney General's Office has yet to receive them.

5. As a result, I am respectfully requesting an extension of time because I lack the superior court petition necessary to prepare a thorough responsive pleading. I respectfully request an additional thirty days, up to and including February 21, 2008, to file a responsive pleading in this matter.

6. Petitioner is representing himself, and, because he is currently incarcerated, he is not easily reachable for notification that I am requesting an extension of time.

7. This request is not made for any purpose of harassment, undue delay, or for any improper reason.

8. Without an extension of time, Respondent would be substantially harmed or prejudiced because Respondent would not have an opportunity to prepare a thorough responsive pleading.

I declare under penalty of perjury that the above is true and correct, and that this declaration was executed on January 22, 2008, in San Francisco, California.

/S/ BRIAN C. KINNEY
Brian C. Kinney
Deputy Attorney General

Req. for Ext. of Time to File a Response; Decl. of Counsel           *Vivar v. Curry*
                                                                      C07-3832 JSW

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **Vivar v. Curry**

Case No.:  **C07-3832 JSW**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **January 22, 2008**, I served the attached

**1)  REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING; DECLARATION OF COUNSEL**

**2)  [PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

Justino R. Vivar  (C-87891)
Correctional Training Facility
P.O. Box 689
Soledad, CA  93960
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 22, 2008, at San Francisco, California.

|  R. Panganiban  |  /s/R. Panganiban  |
| :---: | :---: |
| Declarant | Signature |

40208746.wpd