FILED
JAN 25 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTINO R. VIVAR,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>BEN CURRY, Warden,<br><br>　　　　　　　　　Respondent. | C07-3832 JSW<br><br>[PROPOSED] ORDER<br>(Docket 6) |

GOOD CAUSE SHOWN, Respondent is hereby GRANTED a thirty-day extension of time, up to and including February 21, 2008, to file a responsive pleading in this matter. If Petitioner wishes to respond to the responsive pleading, he shall do so by filing and serving a traverse or opposition to a motion within thirty days of service of Respondent's responsive pleading.

Dated: JAN 25 2008

_____
The Honorable Jeffrey S. White

[Proposed] Order

Vivar v. Curry
Case No. C07-3832 JSW

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUSTINO R. VIVAR,

        Plaintiff,

v.

BEN CURRY et al,

        Defendant.

Case Number: CV07-03832 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian Campbell Kinney
California's Office of the Attorney Gerneral
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Justino R. Vivar
C87891
P.O. Box 689
Soledad, CA 93960

Dated: January 25, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk