# EXHIBIT A

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
ABSTRACT OF JUDGMENT
FOR COMMITMENT TO STATE PRISON

| THE PEOPLE OF THE STATE OF CALIFORNIA<br>PLAINTIFF<br><br>VS<br><br>JUSTINO REYES VIVAR<br>DEFENDANT | DATE 06-22-84  AMENDED<br>CASE NUMBER: CRV 9113<br>PRESENT<br>LUTHER L. LEEGER<br>JUDGE OF THE SUPERIOR COURT<br>Edwin L. Miller, Jr., District Attorney<br>By S. BIERY DEPUTY<br>J. PATTERSON<br>COUNSEL FOR DEFENDANT<br>P. GALLUP<br>CLERK<br>B. TANNEN<br>REPORTER |

☐ PROBATION HAVING HERETOFORE GRANTED AND SAID PROBATION HAVING BEEN REVOKED ON
XX APPLICATION FOR PROBATION IS DENIED.  THE DEFENDANT (IS DULY ARRAIGNED) (WAIVES FORMAL ARRAIGNMENT).

Count No. (1) One _____. WHEREAS THE SAID DEFENDANT ON HIS PLEA
of _____ Guilty _____ having
(GUILTY, NOT GUILTY, FORMER CONVICTION OR ACQUITTAL, ONCE IN JEOPARDY, NOT GUILTY BY REASON OF INSANITY)

been convicted by Court of Murder Second Degree
(THE COURT, OR JURY) (DESIGNATION OF CRIME AND DEGREE IF ANY, INCLUDING FACT THAT IT CONSTITUTES A SECOND OR SUBSEQUENT, IF THAT AFFECTS THE SENTENCE)

IN VIOLATION OF Penal Code Section 187
(REFERENCE TO CODE OR STATUTE, INCLUDING SECTION AND SUBSECTION THEREOF, IF ANY, VIOLATED)

YEAR CRIME COMMITTED IS 1983
THE DEFENDANT IS CREDITED FOR TIME SPENT IN CUSTODY, 79 TOTAL DAYS, INCLUDING:
ACTUAL LOCAL TIME 53 PC 4019(b) CREDIT 26, STATE INSTITUTIONS TIME

THE COURT FINDS: ("IF NO FINDING MADE, ENTER, 'NO FINDING MADE'")
THE DEFENDANT was ARMED WITH A DEADLY WEAPON AT THE TIME OF HIS COMMISSION
(WAS OR WAS NOT)
OF THE OFFENSE WITHIN THE MEANING OF Sections 969c and 12022 of the Penal Code.
THE DEFENDANT no finding made FIREARM IN HIS COMMISSION OF THE OFFENSE WITHIN THE MEANING
(USED OR DID NOT USE)
OF Sections 969d and 12022.5 OF THE Penal Code.
THE DEFENDANT no finding made ARMED AT THE TIME OF HIS COMMISSION OF THE OFFENSE WITHIN THE
(WAS OR WAS NOT)
MEANING OF Section 1203 of the Penal Code and that weapon was

R-36 CO. CLK. (2/79)                         COPY

| DATE | COUNTY AND STATE | CRIME | DISPOSITION |
|---|---|---|---|

It is therefore ordered, adjudged and decreed that the defendant be punished by imprisonment in the State Prison of the State of California for the term prescribed by law. It is ordered that the sentences shall be served as follows: (CC or CS) _____

N/A

and in respect to any prior incompleted sentence(s) as follows: (CC or CS)

N/A

It is further ordered that the defendant be remanded to the Sheriff of the County of San Diego; and pursuant to the aforesaid judgment, this is to command you, the Sheriff to deliver the defendant into the custody of the Director of Corrections of the State of California at the California Institution for ___Men at Chino___, California at your earliest convenience.

The Court ( did ) instruct the defendant of his right to appeal in accordance with Rule 250, California Rules of Court.

I certify the foregoing to be a true and correct abstract of the Judgment made and entered on the minutes of the Superior Court herein.

Dated: 06-22-84                    /s/ LUTHER L. LEEGER, Judge
                                   JUDGE OF THE SUPERIOR COURT

ROBERT D. ZUMWALT, COUNTY CLERK

By _P. Gallup_ Deputy

RECEIVED DEC 24 1984 RECORDS OFFICE FOLSOM STATE PRISON

RECEIVED '84 SEP 24 PM 12 LEGAL PROCESSING UNIT