# EXHIBIT G

```
 1  Justino Vivar C-87891          S145397        SUPREME COURT
 2  P.O. BOX 689-YW-201                              FILED
    Soledad, Ca. 93960                             JUL 2 4 2006
 3
                                              Frederick K. Ohlrich Clerk
 4
 5                                                    Deputy

 6              STATE OF CALIFORNIA SUPREME COURT
 7
 8
 9  Justino Vivar        )        PETITION FOR REVIEW
                         )
10       Petitioner      )        APPELLATE COURT CASE No. D048435
                         )
11       v.              )        Superior Court Case No. CR 9113
                         )
12                       )
    A.P. Kane, Warden    )
13       Respondent      )
```

14

15

16

17   To the Honorable Chief Justice of the California Supreme Court and to the

18   Associate Justices of Said Court.

19   Petitioner Justino Vivar hereby petition for review to consider the decision

20   of the California Court of Appeals, 4th District, filed on June 6, 2006.

21   A copy of the Decision is attached hereto at Exhibit "A" on pages 10-11.

22   A copy of the San Diego County Superior Court's Decision is attached hereto at

23   Exhibit "A" on pages 6-9.

24

25   Petitioner request the settlement of the following important questions of Law.

26

27                                                  RECEIVED

28                                                  JUL 2 4 2006

Page one of three                          CLERK SUPREME COURT

1. Is legally that the BPH repeatedly and indefinitely denied to petitioner his release on parole based on the commitment offense factor only ?
   See Ground Three at page 12 of the petition.

2. Is Legally that the State of California with one hand (the Prosecutor) convict defendants and with the other hand (the BPH and the Governor) increases the punishment of second degree murder convictions to the punishment of first degree murder convictions?
   See Ground Four at page 20.

3. Has the BPT and the Governor jurisdiction to increase petitioner's punishment of second degree murder to a punishment of first degree murder crime when petitioner was not charged with first degree murder offense, the elements for first degree murder charge were not on the information and he was not convicted of first degree murder offense ?
   See Ground Five at page 26 and Ground Six at page 28.

4. Was it legally that the California Supreme Court disregarded the Law of Statutory Construction when it construed Penal Code § 3041 and was it further legally it construed Penal Code § 3041 contrary to the clearly established law by the United States Supreme Court?
   See Ground Seven on page 31.

5. Was it legally that the California Supreme Court construed Penal Code § 3041 in a way that it turned the Indeterminate Sentence Law into a Vague Law?
   See Ground Eight at page 38.

1 | Whereby petitioner submits that this petition should be reviewed and his
2 | petition should be granted and he be immediately released from custody.

Dated 07-20-06

*[signature]*
Justino Vivar