# EXHIBIT  H

# CALIFORNIA APPELLATE COURTS

Case Information



| | |
|---|---|
| **Supreme Court** | Change court ▾ |

Court data last updated: 02/07/2008 04:53 PM

**Supreme Court**

Welcome

Search

E-mail

Calendar

Help

Opinions



home

**Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court**

## Disposition

**VIVAR (JUSTINO) ON H.C.**
**Case Number S145397**

Only the following dispositions are displayed below: Orders Denying Petitions, Orders Granting Rehearing and Opinions. Go to the Docket Entries screen for information regarding orders granting review.

**Case Citation: none**

| Date | Description |
|---|---|
| 10/11/2006 | Petition for review denied |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California