Justino Vivar C-87891
P.O.BOX 689-YW-201-A
Soledad, Ca. 93960



UNITED STATES DISTRICT COURT

FOR THE NORTHER DISTRICT OF CALIFORNIA

| Justino Vivar ) | |
|---|---|
| Petitioner ) | Case No. C 07 3832 JSW (PR) |
| ) | |
| v ) | OPPOSITION TO MOTION TO DISMISS |
| ) | |
| Ben Curry, Warden ) | |
| Respondent ) | |



    Petitioner deny he had filed his federal habeas corpus petition beyond the one year statute of limitations requirement.

    Respondent contends that petitioner filed his federal petition on JUly 26, 2007. That it took to petitioner 389 days to file his claim. See Respondent's Motion to Dismiss on page 3.

    Therefore, respondent alleges that petitioner filed his petition 24-days beyond the one year required by the statute of limitations.

    Petitioner contends he delibered his federal habeas corpus petition to the prison authorities within the one year required by the AEDPA.

Petitioner's federal petition is dated May 22, 2007. Therefore, around that date and not later than May 25, 2007 petitioner handed his federal habeas corpus petition to the Correctional Counselor (CCI) Peabody. The purpose to hand his federal petition to CCI Peabody is because the Counselor must prepare the five dollar check for the filing fee and or the In Forma Pauperies Application.

Petitioner handed his federal petition to CCI Peabody and the petition was in a manilla envelope addressed to the United States District Court, for the Northern District of California. On the outside of the envelope wa attached with scotch tape a Trust Account Withdrawal Order to pay for the Legal Postage.

Inside of the envelope together with the petition was a filled-up Trust Account Withdrawal Order for the five dollar filing fee addressed to the United States District Court fo rthe Northern District of California.

Inside of the envelope and together with the petition was also a filled up In Forma Pauperis Application and the Certificate to be filled up by Counselor Peabody.

Petitioner told Counselor Peabody to mail to the United States District Court the five dollar filing fee and or that to fill-up the Certificate and send a copy of his Trust Account Statement to support the In Forma Pauperis Application.

After petitioner has handed the petition to the Counselor petitioner delibered to the Officer of the Wing a copy of the petition to be mailed to the Office of the Attorney General located in San Francisco, California.

Therefore, petitioner delibered to the prison authorities his federal petition two months prior to the date it was filed (July 26, 2007) in court.

When petitioner received the Motion to Dismiss from the Attorney General he requested a copy of his outgoing Legal Mail Record. He was provided with a copy of it with two dates only mailed to the United States District Court. See Exh. "A" page 1.

-2-

For a second time petitioner requested his outgoing legal mail record to the prison authorities. Including his outgoing legal mail record to the Attorney general. Then he was provided with another copy of it. See Exhibit "A" page 2.

However, the outgoing legal mail record does not shows petitioner had mailed legal mail to the Attoeney General on the year 2007.

Petitioner requested to see the outgoing legal mail list here in the building. He was not let to see the outgoing legal mail list. However, Officer Flores told him that on the outgoing legal mail list it was written that on August 25, 2007 petitioner mailed legal mail to the Attorney General. See Exhibit "A" on page 3.

Petitioner didn't mailed Legal Mail to no court or the Attorney General on June, July or August of 2007.

Therefore, any Legal Mail that was mailed within these three months was delibered to the prison authorities on May 22, 2007 and not later than May 25, 2007.

For the foregoing reasons petitioner delibered his federal petition to the prison authorities within the one year statute of limitation. Under Miles v. Prunty, 187 F.3d 1104, 1107 (9th Cir. 1999); Anthony v. Cambra, 236 F.3d 568, 574-575 (9th Cir. 2000); Jorss v. Gomez, 266 F.3d 955, 958 (9th Cir. 2001); and Houston v. Lack, 487 U.S. 266, 108 S. CT. 2379 (1988) by delibering his Legal Mail to the prison authorities on may 22, 2007 or around that date petitioner filed his petition within the one year required by the AEDPA.

I, Justino Vivar, swear under penalty of perjury that foregoing is true and correct. Signed at Soledad, California on March 13, 2008.

*Justino Vivar*

**PROOF OF SERVICE BY MAIL**
**BY PERSON IN STATE CUSTODY**
(C.C.P. §§ 1013(A), 2015,5)

I, __Justino Vivar_____, declare:
I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterrey, State of California. My prison address is:

    P.O.BOX 689-YW-201-A , CDCR #: C-87891
    CORRECTIONAL TRAINING FACILITY
    P.O. BOX 689, CELL #: _____
    SOLEDAD, CA 93960-0689.

On __March 13, 2008_____, I served the attached:

__Opposition to Motion to Dismiss_____

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

| | |
|---|---|
| UNITED STATES DISTRICT COURT | DEPARTMENT OF JUSTICE |
| FOR THE NORTHERN DISTRICT OF CALIFORNIA | Office of Attorney General |
| 450 Golden Gate Avenue | 455 Golden Gate Ave., No. 11000 |
| San Francisco, California 94102 | San Francisco, Ca. 94102-3664 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on __March 13, 2008_____ .

                                          __Justino Vivar_____
                                             /s/ Justino Vivar
                                             Declarant

TRI FACILITY OUTGOING CONFIDENTIAL AND LEGAL MAIL                    2/26/2008

| CDC # | SENDER | TREY | CITY/ST | HOUSING | DATE | TYPE |
|---|---|---|---|---|---|---|
| C87891 | VIVAR | U.S. DISTRICT COURT | SF, CA | YW201U | 7/20/2007 | |
| C87891 | VIVAR | US DISTRICT COURT | SF, CA | YW201A | 12/18/2007 | |

Exhibit A page 1

TRI FACILITY OUTGOING CONFIDENTIAL AND LEGAL MAIL          3/6/2008

| CDC # | SENDER | TREY | CITY/ST | HOUSING | DATE | TYPE |
|---|---|---|---|---|---|---|
| C87891 | VIVAR | FEDERAL PUBLIC DEFENDER | LOS ANGELES, CA | LA-303 | 3/8/2000 | |
| C87891 | VIVAR | STATE OF CA SUPERIOR CRT | SN DIEGO, CA | YW134 | 12/9/2005 | |
| C87891 | VIVAR | OFF OF THE ATTY GEN | SN DIEGO, CA | YW134 | 12/9/2005 | |
| C87891 | VIVAR | DEPT OF JUST ATT GEN | SD CA | Y 134 | 4/13/2006 | L |
| C87891 | VIVAR | CA CRT APPLS 4 APP DIST | SD CA | Y 134 | 4/13/2006 | L |
| C87891 | VIVAR | DPT OF JUST ATTY GEN | SF CA | Y 201 | 7/21/2006 | L |
| C87891 | VIVAR | CA SUP CRT | SF CA | Y 201 | 7/21/2006 | L |
| C87891 | VIVAR | U.S. DISTRICT COURT | SF, CA | YW201U | 7/20/2007 | |
| C87891 | VIVAR | US DISTRICT COURT | SF, CA | YW201A | 12/18/2007 | |

Exhibit A page 2

8-25-07. Legal Post.
Att. General

Vivar. 201-A

Exhibit A page 3